# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   **CASE NO. 1:06-cr-00027-MP-AK**

BRANDON KING CAMPBELL,

   Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 105, Motion to Continue Sentencing, filed by Defendant Campbell.  Defendant requests a continuance of his sentencing hearing, which is currently scheduled for January 17, 2007, at 1:30 p.m.  Because Defendant is currently cooperating with the Government pursuant to his Plea Agreement, he requests the continuance so that the Government may evaluate his on-going assistance prior to sentencing.  The Government does not object to Defendant's motion.  After considering the matter, the motion is granted.  Accordingly, the sentencing hearing of Defendant Campbell is hereby rescheduled for Wednesday, March 28, 2007, at 10:00 a.m.

    **DONE AND ORDERED** this   *5th* day of January, 2007

                                  *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge